BROWN v. HUFFARD, *Appellant.*

**Evidence**: THE VALUE OF PROFESSIONAL SERVICES may be shown by the testimony of a witness speaking from his own knowledge. He will not be confined to giving his opinion upon a hypothetical case, or upon facts detailed to the jury.

*Appeal from Cape Girardeau Court of Common Pleas.—* HON. H. G. WILSON, Judge.

*W. W. Cramer* for appellant.

*L. Brown* for respondent.

HOUGH, J.—This was a suit for professional services rendered by the plaintiff, as an attorney, to the defendant. Louis Houck testified as to the value of plaintiff's services from his own knowledge. The defendant objected that the opinion of the witness as to the value of plaintiff's services could only be given upon a hypothetical case, or upon facts detailed to the jury. The objection was frivolous and was properly overruled. No other exception has been saved by defendant. The appeal is without merit, and the judgment of the common pleas court will be affirmed, with ten per cent. damages. All concur.

AFFIRMED.